IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ANTHONY WAYNE WHITE, #541668 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv273 |
| RICK PERRY, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Anthony Wayne White, an inmate confined in the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, brings this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who concluded that the lawsuit should be dismissed for purposes of *in forma pauperis* proceedings pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #4) is **ADOPTED**. It is further

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). It is further

**ORDERED** that White's motion to proceed *in forma pauperis* (docket entry #3) is **DENIED**. White may resume the lawsuit if he pays the entire filing fee of $400 within thirty days from the entry of this Order of Dismissal and Final Judgment. It is finally

1

**ORDERED** that all motions not previously ruled on are **DENIED**.

 **It is SO ORDERED**.

**SIGNED this 11th day of May, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE